UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| EUGENE C. THORNE, JR, | ) | CIVIL ACTION NO. 3:17-cv-0939 |
| Plaintiff | ) | |
| | ) | (CAPUTO, D.J.) |
| v. | ) | |
| | ) | (ARBUCKLE, M.J.) |
| C/O HAMMER, *et al.*, | ) | |
| Defendants | ) | |

## ORDER

For the reasons set forth in the memorandum issued this same day, IT IS HEREBY ORDERED THAT:

1. The Motion to Stay (Doc. 27), is GRANTED and **further discovery is STAYED** pending the resolution of any dispositive motions;

2. To the extent that they have not already done so, **Counsel for the Defendants** shall put their client's employer, the Dauphin County Prison, and any other custodian of the tapes, on notice to secure and not destroy any video tapes or other recordings of any cell block and other locations where Plaintiff was held on April 27, 2017; and

3. IT IS FURTHER ORDERED that, if necessary, the parties will submit a joint proposed discovery schedule within 21 days after the resolution of the motion to dismiss (Doc. 22).

Date: August 1, 2018

BY THE COURT

*s/William I. Arbuckle*
William I. Arbuckle
U.S. Magistrate Judge