# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EUGENE C. THORNE, JR., | |
| Plaintiff, | NO. 3:17-CV-0939 |
| v. | (JUDGE CAPUTO) |
| C/O HAMMER, *et al.*, | (MAGISTRATE JUDGE ARBUCKLE) |
| Defendants. | |

## ORDER

**NOW**, this 14th day of March, 2019, upon review of the Report and Recommendation of Magistrate Judge William I. Arbuckle (Doc. 33) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 33) is **ADOPTED**.

(2) The Motion to Dismiss (Doc. 22) is **GRANTED**.

(3) Plaintiff has **thirty (30) days** from the date of entry of this Order to file his Amended Complaint.

(4) The matter is **RECOMMITTED** to Magistrate Judge Arbuckle for further proceedings.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge