# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

**EUGENE C. THORNE, JR.,**         :

   **Plaintiff,**                    :

       v.                           :         3:CV-17-00939

**C/O HAMMER and SGT. CRYDER,**    :         **(Judge Mannion)**

                               :

   **Defendants.**

                               :         **(Magistrate Judge Arbuckle)**

## O R D E R

**NOW**, this 9th day of July, 2020, upon review of the Report and Recommendation of Magistrate Judge William I. Arbuckle (Doc. 52) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 52) is **ADOPTED**.

(2) Defendants' Motion to Dismiss Plaintiff's Amended Complaint (Doc. 46) is **GRANTED** in part and **DENIED** in part:

   (a) Defendants' Motion to Dismiss Plaintiff's claim of excessive force regarding Defendants' verbal harassment is **GRANTED**.

(b) Defendants' Motion to Dismiss Plaintiff's claim of excessive force regarding Defendant Cryder placing a knee into the back of his leg is **GRANTED**.

(c) Defendants' Motion to Dismiss Plaintiff's Amended Complaint in all other respects is **DENIED**.

(5) The matter is **RECOMMITTED** to Magistrate Judge Arbuckle for further proceedings.

*s/ Malachy E. Mannion*
Malachy E. Mannion
United States District Judge

Dated:  July 9, 2020
17-939-01-order